N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES EDWARDS,

    Plaintiff,

vs.                        CASE NO.: 1:07cv171-SPM/AK

CRACKER BOY'S COUNTRY CAFÉ,
INC., WILLIAM WOODINGTON, and
EUGENE DUKES,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Settlement (doc. 15) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 8th day of January, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge